IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>HOPE FOR CAR OWNERS, LLC; and<br>PATRICK FREEMAN,<br><br>        Defendants.<br>_____ | 2:12-cv-00778-GEB-EFB<br><br><u>RELATED CASE ORDER</u> |
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>NAFSO VLM, INC.; KORE SERVICES,<br>LLC; NAYTHEM NAFSO; and MICHAEL<br>KAMFIROOZIE,<br><br>        Defendants.<br>_____ | 2:12-cv-00781-KJM-EFB |

Plaintiff filed a "Notice of Related Cases" on March 27, 2012, in which it states:

> [T]he instant case is related to the following case, <u>FTC v. NAFSO VLM, Inc., et al.</u>, Case No. 2:12-at-00393, that has also been filed in the Eastern District of California, Sacramento Division. The grounds for noticing these cases as related cases is as follows: both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise.

(ECF No. 2.) However, examination of the above-entitled actions does not indicate that their "assignment . . . to a single Judge is likely to effect a savings of judicial effort or economies[.]" E.D. Cal. R. 123(c). While similar preliminary questions of law may exist, the actions involve different defendants and would involve different factual issues. Therefore, the undersigned judge declines to relate the actions.

Dated:  March 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge