IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOPE FOR CAR OWNERS, LLC, and ) <br> PATRICK FREEMAN, ) <br> ) <br> Defendant. ) <br> _____ | 2:12-cv-00778-GEB-EFB <br><br><br><br> ORDER |

The wrong service address is listed on the docket for Defendants Patrick Freeman and Hope for Car Owners, LLC. The Clerk's Office understandably used the address on Defendants' filings; however, during the hearing on Plaintiff's motion for a temporary restraining order, Defendant Freeman informed the court that the service address to be used for both Defendants is the address in the returns of service. The correct service address is the following: 7127 Granite Manor, Granite Bay, California 95746.

Therefore, the clerk's office shall change the service address for both Defendants, and the following documents shall be reserved on the correct service address: April 4, 2012 temporary restraining order and April 5, 2012 minute order. (ECF Nos. 17, 18.)

Dated: April 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1