IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,                                    No. 2:12-cv-778-GEB-EFB PS

    vs.

HOPE FOR CAR OWNERS, LLC;
PATRICK FREEMAN,

    Defendants.                        ORDER

        On June 7, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed June 7, 2012, are ADOPTED;

        2. Plaintiff's motion for a preliminary injunction against HCO, Dckt. Nos. 6 and 23, are granted; and

////

3. Plaintiff's proposed preliminary injunction against HCO, Dckt. No. 23-1, will be signed separately.

Dated: July 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge