UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-00778-GEB-EFB |
| Plaintiff, | [proposed] ORDER STAYING CASE FOR 120 DAYS AS TO DEFENDANT PATRICK FREEMAN |
| v. | |
| HOPE FOR CAR OWNERS, LLC, et al., | |
| Defendants. | |

This cause is on the parties' Joint Motion to Stay the Case for 120 Days as to Defendant Patrick Freeman. The Court having been fully advised in the premises and good cause appearing, it is hereby

**ORDERED** that this case shall be stayed for 120 days from the date hereof as to Defendant Patrick Freeman. The stay shall have no application as to the ongoing case against defendant Hope for Car Owners.

**IT IS SO ORDERED**.

Dated: July 31, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*Order Staying Case*               Page 1 of 1