1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FEDERAL TRADE COMMISSION,

11              Plaintiff,                        No. 2:12-cv-778-GEB-EFB

12        vs.

13   HOPE FOR CAR OWNERS, LLC;
     PATRICK FREEMAN,                             ORDER
14
                Defendants.
15   _____/

16        Presently pending for hearing before the undersigned on September 5, 2012 is plaintiff's

17   motion for default judgment against defendant Hope for Car Owners, LLC ("HCO").  Dckt. No.

18   31.  Plaintiff indicates that the motion for default judgment can be heard without oral argument

19   since no opposition to the motion has been filed.  Dckt. No. 34; *see also* Dckt. No. 31 at 1, n.1.

20   However, a review of the motion reveals that plaintiff has not explained why default judgment

21   should be entered against HCO even though defendant Freeman is not in default[1] and even

22   though the preferred practice when default is entered against one defendant in a multi-defendant

23   _____

24        [1] On August 1, 2012, this case was stayed as to defendant Freeman for 120 days because
     "Freeman and counsel for the FTC have negotiated a final settlement in this matter," and that
25   settlement is currently awaiting approval.  Dckt. Nos. 32, 33.  The request for a stay indicates
     that "[i]f the FTC approves the settlement, further litigation with respect to Defendant Patrick
26   Freeman will not be necessary."  Dckt. No. 32 at 2.

                                            1

case is for the court to withhold granting default judgment until trial of the action on the merits against the remaining defendant.  *See* Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

Accordingly, IT IS HEREBY ORDERED that:

1.  The September 5, 2012 hearing on plaintiff's motion for default judgment against HCO is continued to September 26, 2012 at 10:00 a.m. in Courtroom No. 24.

2.  On or before September 12, 2012, plaintiff shall either withdraw the motion for default judgment or file a supplemental brief indicating why there is no just reason to delay the entry of default judgment as to HCO until plaintiff's claims against defendant Freeman have been resolved.

DATED:  August 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2